1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

**-oOo-**

9  UNITED STATES OF AMERICA,                    )
                                                )
10          Plaintiff,                           )   2:12-cr-00238-GWF
                                                )
11    vs.                                        )   **ORDER FOR DISMISSAL**
                                                )
12  BLANCA RAMIREZ,                              )
                                                )
13 _____Defendant._____         )

14         Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of

15  Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the

16  Indictment returned on June 26, 2012, as to defendant, **BLANCA RAMIREZ** only.

17                                    DANIEL G. BOGDEN
                                      United States Attorney
18
                                      /s/ Nadia Ahmed
19                                    _____
                                      NADIA AHMED
20                                    Special Assistant United States Attorney

21
           Leave of Court is granted for the filing of the foregoing dismissal.
22
           **DATED** this _____ day of March, 2013.
23

24
                                      _____
25                                    UNITED STATES DISTRICT JUDGE

26